FILED
2010 NOV -5 PM 1:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$6,965.00 IN U.S. CURRENCY,<br><br>$6,352.00 IN U.S. CURRENCY,<br><br>Defendants. | Case No. 10cv1730-WQH(AJB)<br><br>JUDGMENT OF FORFEITURE |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved. (ECF No. 12).

1. The parties have entered into this joint motion in order to resolve the matter of the seizure and forfeiture of the above-referenced defendants, $6,965.00 and $6,352.00 in U.S. Currency ("defendant currency").

2. The parties have agreed to a settlement which is hereinafter described in its particulars:

### $6,965.00 IN U.S. CURRENCY

$6,965.00 of the defendant currency shall be forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. None of the defendant currency shall be returned to the claimants, Rafael Estrada Pulido and Ofelia Estrada.

**$6,352.00 IN U.S. CURRENCY**

$2,352.00 of the defendant currency shall be forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881.  $4,000.00 of the defendant currency, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned to the claimants, Rafael Estrada Pulido and Ofelia Estrada, through their attorney of record, William Baker.

3.  The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimants owe to the United States.

4.  The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.  Claimant has agreed that by entering into this joint motion, he has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465.  All parties shall bear their own costs and expenses, including attorney fees.  Judgment shall be entered in favor of the United States on its complaint.

5.  Claimants have warranted and represented as a material fact that they are the sole owners of the defendant currency and have further warranted that no other person or entity has any right, claim or interest in the defendant currency, and that they will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant currency.

6.  The Claimants, their agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant currency.

This case is hereby ordered closed.  Let judgment be entered accordingly.

DATED: 11/5/10

WILLIAM Q. HAYES, Judge
United States District Court